PETER C. ANDERSON, UNITED STATES TRUSTEE
JILL M. STURTEVANT, ASSISTANT UNITED STATES TRUSTEE
KENNETH G. LAU, TRIAL ATTORNEY, SBN 155314
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017- 3560
(213) 894-4480  Facsimile: (213) 894-2603
Kenneth.G.Lau@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| In re | NOTICE OF MOTION AND MOTION UNDER 11 U.S.C. § 1112(b)(1) TO CONVERT, DISMISS OR APPOINT A CHAPTER 11 TRUSTEE WITH AN ORDER DIRECTING PAYMENT OF QUARTERLY FEES AND FOR JUDGMENT THEREON; DECLARATION OF LEGAL ASSISTANT |
|---|---|
| **REBECCA PRIMICIAS PRUDENCIO,** Debtor(s). | |
| | CHAPTER 11 CASE NUMBER **2:19-bk-14146 BB** |

TO THE DEBTOR, DEBTOR'S ATTORNEY, CREDITORS, AND OTHER INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that on the following date and time in the indicated courtroom, the United States Trustee will move, and does hereby move the Court for an order either converting the above entitled chapter 11 case to chapter 7 or dismissing the case, for payment of quarterly fees, for judgment thereon and for such other relief as may be appropriate on the grounds set forth below.

**Hearing Date: 05/29/2019      Time: 10:00 a.m.        Courtroom: 1539**

**Location: 255 E. Temple Street,  Los Angeles, California 90012**

Local Bankruptcy Rule 9013-1(f) requires that any opposition or response to this motion be stated in writing, filed with the Clerk of the Court and served upon the United States Trustee at the address set forth in the upper left-hand corner of this document, upon the chapter 11 trustee and his or her attorney if a trustee has been appointed, and upon the debtor and the debtor's attorney no less than fourteen (14) days prior to the above hearing date.  The court may treat failure to file a written response to this motion within the required time period as consent to the motion.

## FILING INFORMATION
[X] A voluntary petition under      [ ] chapter 7   [X] chapter 11 [ ] chapter 13 was filed on: **04/11/2019**
[ ] An involuntary petition under [ ] chapter 7 · [ ] chapter 11 was filed on:
[ ] An order of relief under      [ ] chapter 7   [ ] chapter 11 was entered on:
[ ] An order of conversion to      [ ] chapter 7   [ ] chapter 11 [ ] chapter 13 was entered on:

| In Re: | CHAPTER 11 |
|---|---|
| **REBECCA PRIMICIAS PRUDENCIO** | |
| Debtor(s) | CASE NUMBER   **2:19-bk-14146 BB** |

## PROCEDURAL STATUS

[  ]    An order for the appointment of a chapter 11 trustee (examiner) was entered on:

[  ]    Name of trustee (examiner) appointed:

[  ]    Name of attorney of record for trustee (examiner):

[  ]    The petition was filed by a corporation without an attorney in violation of Local Bankruptcy Rule 9011- 2(a) which prohibits a corporation, partnership or unincorporated association from filing a petition or otherwise appearing without counsel except for limited circumstances not applicable to prosecuting this Chapter 11 case.

## FACTS

1.    [  ]    The Debtor(s) is/are a small business debtor as that term is defined in 11 U.S.C. § 101(51D).

       [  ]    The Debtor is a single asset real estate debtor as that term is defined in 11 U.S.C. § 101(51B).

       [X]    To date, no Disclosure Statement or Plan of Reorganization has been filed or submitted by the Debtor(s).

       [  ]    The Debtor(s) has failed to schedule a hearing for approval of the Disclosure Statement or Plan.

       [  ]    A hearing to consider the adequacy of information in the Debtor's(s') Disclosure Statement is set for:

       [  ]    The Disclosure Statement was approved by the Court by an Order entered on:

2.    The Debtor has failed to comply with the requirements of the United States Trustee Chapter 11 Notices and Guides Effective September 1, 2011 (Notices and Guides), Bankruptcy Code and/or Local Bankruptcy Rules by failing to provide documents, financial reports or attend required meetings as follows:[1]

       [  ]    Schedules of Assets and Liabilities.

       [  ]    Statement of Financial Affairs.

       [  ]    Form B22B, Statement of Current Monthly Income.

       [  ]    Credit Counseling Certificate and copy of any debt repayment plan.

       [  ]    List of the twenty (20) largest unsecured creditors.

       [X]    Notice of Setting/Increasing Insider Compensation.

       [X]    Application to Employ Attorney.

       [X]    Appear at the Initial Debtor Interview.

       [  ]    Appear at the duly noticed § 341(a) examination.

       [  ]    Debtor's(s)' compliance was **not** submitted in the format required by the Notices and Guides and was rejected on      for the reasons set forth in the declaration of Legal Assistant.

       [X]    Declaration of Debtor Regarding Compliance with U.S. Trustee Guidelines and Requirements For Chapter 11 Debtors In Possession ("Chapter 11 Compliance declaration").

       [X]    Real Property Questionnaire(s).

       [X]    Sufficient evidence of closing of all pre-petition bank accounts including:

       [X]    Closing bank statements; and/or

       [X]    Bank Account Information in the Chapter 11 Compliance declaration.

---

[1] The United States Trustee respectfully requests that the Court take judicial notice of Debtor's petition, schedules, statement of financial affairs and other documents filed therewith and any amendments thereto which are in the Court's filed, pursuant to Fed. R. Evid. 201, as made applicable to bankruptcy proceedings by Fed. R. Bankr. P. 9017. The information contained in these documents, signed under penalty of perjury by Debtor, are admissible admissions of the Debtor pursuant to Fed. R. Evid. 801(d).

| In Re:                              |           | CHAPTER 11                          |
|-------------------------------------|-----------|-------------------------------------|
| **REBECCA PRIMICIAS PRUDENCIO**     |           |                                     |
|                                     | Debtor(s) | CASE NUMBER  **2:19-bk-14146 BB**   |

[X]  Sufficient evidence of the opening and maintenance of three debtor-in-possession bank accounts (general, payroll and tax)[2] including: (1) a copy of the "debtor-in-possession" check for each account.

[X]  Sufficient evidence of current insurance coverage including:
    [X]  The declaration page for each policy; and/or
    [X]  Insurance information in the Chapter 11 Compliance declaration.

[X]  Proof of required certificates and/or applicable licenses in the Chapter 11 Compliance declaration.

[X]  A list of insiders as defined at 11 U.S.C. § 101(31) in the Chapter 11 Compliance declaration.

[X]  Financial Statement information in the Chapter 11 Compliance declaration.

[X]  A projected cash flow statement for the first ninety (90) days of operation under chapter 11.

[X]  A conformed copy(ies)of the recording of the Debtor's bankruptcy petition in each county in which real property is owned.

[X]  A Statement of Major Issues and Timetable Report.

[X]  Provide copies of the preceding two years of state and federal income tax returns and the most recent payroll and sales tax returns at the Initial Debtor Interview.

[X]  An Employee Benefit Plan Questionnaire

[X]  Monthly Operating Report(s):
    [X]  Since filing
    [X]  For the following periods:  By the hearing date, Monthly Operating Report for April 2019 will be due.

[X]  Pay quarterly fees:
    [X]  Since filing
    [X]  For the following quarters: 2nd Quarter 2019 fees continue to accrue.

[ ]  Quarterly disbursement amounts for computation of quarterly fees:
    [ ]  Since filing
    [ ]  For the following quarters:

[X]  While Debtor(s)'s Schedule A and/or real property questionnaire(s) list an ownership interest in one or more real property/ies and Debtor(s)'s Schedule I and/or real property questionnaire(s) list income from real property/ies, to date, neither a motion to use cash collateral nor a stipulation consenting to Debtor(s)'s use of cash collateral related to the subject real property/ies has been filed with the Court.

3.  [X] Additional facts in support of the motion include:

**See Declaration of Legal Assistant Maria A. Ramos, attached hereto.**

4.  [ ] Attached to the declaration of Legal Assistant, are true and correct copies of the following documents in support of the above allegations:

EXHIBIT A:  <u>Statement of Related Cases</u> filed on 04/11/2019 by Debtor
EXHIBIT B:  USBC docket for case number 2:19-bk-11638 BB

---

[2] Unless Debtor has requested in writing that the United States Trustee waive one or more of the required accounts and the United States Trustee has granted the request in writing.

| In Re: **REBECCA PRIMICIAS PRUDENCIO** | CHAPTER 11 |
| Debtor(s) | CASE NUMBER    **2:19-bk-14146 BB** |

## MEMORANDUM OF POINTS AND AUTHORITIES

- Except as provided in paragraph (2) and subsection ( C ), on request of a party in interest, and after notice and a hearing, the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause unless the court determines that the appointment under section 1104(a) of a trustee or an examiner is in the best interests of creditors and the estate."11 U.S.C. § 1112(b)(1).

- "For the purposes of this subsection, the term "cause" includes- (A) substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation; (B) gross mismanagement of the estate; ( C ) failure to maintain appropriate insurance that poses a risk to the estate or to the public; (D) unauthorized use of cash collateral substantially harmful to 1 or more creditors; (E) failure to comply with an order of the court; (F) unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter; (G) failure to attend the meeting of creditors convened under section 341(a) or an examination ordered under rule 2004 of the Federal Rules of Bankruptcy Procedure without good cause shown by the debtor; (H) failure timely to provide information or attend meetings reasonably requested by the United States Trustee (or the bankruptcy administrator, if any); (I) failure timely to pay taxes owed after the date of the order for relief or to file tax returns due after the date of the order for relief; (J) failure to file a disclosure statement, or to file or confirm a plan, within the time fixed by this title or by order of the court; (K) failure to pay any fees or charges required under chapter 123 of title 28; (L) revocation of an order of confirmation under section 1144 of this title; (M) inability to effectuate substantial consummation of a confirmed plan; (N) material default by the debtor with respect to a confirmed plan; (O) termination of a confirmed plan by reason of the occurrence of a condition specified in the plan; and (P) failure of the debtor to pay any domestic support obligation that first becomes payable after the date of the filing of the petition." *11 U.S.C. § 1112(b)(4).*

- "In a small business case . . . (2) the plan and disclosure statement (if any) shall be filed not later than 300 days after the date of the order for relief". *11 U.S.C. § 1121(e)(2).*

- Local Bankruptcy Rule 2015-2(b) provides that timely compliance with the reasonable requirements of the Office of the United States Trustee is mandatory.

- Failure to comply with the reporting requirements of the United States Trustee and the Local Bankruptcy Rules is cause to dismiss a chapter 11 case or convert it to one under chapter 7 (11 U.S.C. § 1112(b)(1) and (b)(4)), [*In re 3868-70 White Plains Road Inc.*, 28 B.R. 515 (Bankr. S.D.N.Y. 1983); *In re Bianco*, 5 B.R. 466 (Bank. D. Mass.1980); *In re Pappas*, 17 B.R. 662 (Bankr. D. Mass. 1982)].

- The court may convert or dismiss a case where no reasonable possibility of effective reorganization exists, the debtor is unable to effectuate a plan and/or for unreasonable delay which prejudices the rights of creditors. *See, e.g., In re Johnston*, 149 Bankr 158, 161 (9th Cir. BAP 1992).

- The court may prohibit the debtor from filing another bankruptcy petition for a period of 180 days where the debtor has failed to properly prosecute the case. 11 U.S.C. §§ 105, 109(g) and 349(a).

- The United States Trustee Notices and Guides provide that payment of quarterly fees is due upon dismissal of the case. The United States Trustee requests that the court order payment as requested herein and enter a judgment pursuant to Bankruptcy Rules 9014 and 7052 if the case is dismissed.

| In Re: | | CHAPTER 11 |
|---|---|---|
| **REBECCA PRIMICIAS PRUDENCIO** | | |
| | Debtor(s) | CASE NUMBER   **2:19-bk-14146 BB** |

**Based on the above facts and law, and also based upon such oral and/or documentary evidence as may be presented at the time of the hearing, the United States Trustee respectfully requests as follows.**

1.   That the Court grant the United States Trustee's motion per §1112(b)(1) and either dismiss this case, convert it to one under chapter 7 or appoint a Chapter 11 trustee if in the best interest of creditors. Under § 1112(b)(1), when the court finds "cause" to dismiss or convert a chapter 11 case, the court must decide which of several court actions will best serve the estate's creditors. It must:

> "(1) decide whether dismissal, conversion, or the appointment of a trustee or examiner is in the best interests of creditors and the estate; and (2) identify whether there are unusual circumstances that establish that dismissal or conversion is not in the best interests of creditors and the estate."
> *Sullivan v. Harnisch (In re Sullivan)*, 522 B.R. 604, 612 (9th Cir. BAP 2014).

2.   In further support of the Court's consideration of whether conversion or dismissal is in the best interests of the estate's creditors, and from the perspective of the estate's creditors, whether there exist any unusual circumstances militating against both conversion and dismissal, the U.S. Trustee submits that there are no such unusual circumstances. Here, despite her reported current deficit of $(16,152.00) per month, Debtor's listed assets of $3,062,449.00—comprised primarily of her Walnut residence and two separate office buildings in Anaheim and Covina respectively-- far exceed her listed liabilities of $1,934,416.40.

3.   Further, despite retaining same proposed bankruptcy counsel in both this and her immediately-prior bankruptcy case, after voluntarily commencing the each of these Chapter 11 proceedings, the Debtor's initial and on-going failure to provide most of the required financial disclosures, information and supporting documentation comprising its 7-Day Package, timely or otherwise, has made it impossible to ascertain the current state of Debtor's financial circumstances in advance of the § 341(a) examination in either her prior or present bankruptcy case.

4.   Based upon the Debtor's inability to provide even the most basic and fundamental items of compliance and financial reporting, the U.S. Trustee contends that the Debtor is and will remain unable to propose a viable plan or otherwise substantively proceed towards a legitimate goal, resolution or outcome under the Bankruptcy Code. Therefore, because there are apparently sufficient assets for a trustee to administer if the case were to be immediately converted to chapter 7, based on the United States Trustee's review of the record and evidence, the United States Trustee suggests:

☒ conversion
☐ dismissal
☐ dismissal with a 180-day bar
☐ conversion or dismissal, at the Court's discretion, whichever is in the best interest of creditors.

5.   If the case is converted to one under chapter 7, that the Court enter an order requiring debtor's counsel to file a fee application under Bankruptcy Code § 330 within thirty (30) days.

6.   If the case is dismissed, and the Court finds cause, that the court enter an order prohibiting the debtor from filing another bankruptcy petition for a period of 180 days after the date of entry of the order of dismissal.

| In Re: | CHAPTER 11 |
|---|---|
| **REBECCA PRIMICIAS PRUDENCIO** | |
| Debtor(s) | CASE NUMBER   **2:19-bk-14146 BB** |

7.  If the case is dismissed, that the Court order the debtor to pay any quarterly fees due to the United States Trustee forthwith and enter a judgment in favor of the United States Trustee for any and all unpaid quarterly fees.

8.  In the alternative, that the Court set dates certain for the debtor to file motion to obtain court authorization for the continuation of the bankruptcy stay, a motion or other Court-approved authorization for Debtor's use of apparent cash collateral, as well as a claims bar date ("dates certain") and that this court order that the debtor remain in full and timely compliance with the United States Trustee requirements.

9.  If the court sets date(s) certain and/or orders that the debtor remain in full and timely compliance with the United States Trustee requirements, that the court further order that if the debtor fails to comply with any date set or to remain in full and timely compliance, that this case may be converted or dismissed without further hearing, upon application of the United States Trustee to the court, served upon debtor and debtor's counsel.

10.  That the court order such other and further relief as may be appropriate in the circumstances.

Date: May 1, 2019

**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**

Kenneth G. Lau
Trial Attorney for United States Trustee

# DECLARATION

| In Re: | CHAPTER 11 |
|---|---|
| **REBECCA PRIMICIAS PRUDENCIO** | |
| Debtor(s) | CASE NUMBER    **2:19-bk-14146 BB** |

## DECLARATION OF LEGAL ASSISTANT

I am over the age of eighteen years and am not a party to this case. If called upon to testify I could and would do so competently. I am employed as a Legal Assistant by the Office of the United States Trustee for the Central District of California, in the Los Angeles Field Office. I am the Legal Assistant assigned to REBECCA PRIMICIAS PRUDENCIO, Case No. 2:19-bk-14146 BB. I have personal knowledge of the facts set forth herein, and based on that personal knowledge I assert that all such facts are true and correct to the best of my knowledge.

1. I am familiar with the procedures of the United States Trustee for maintaining paper and electronic submissions by debtors of the requirements of the United States Trustee for Chapter 11 debtors. These procedures include the routine maintenance of paper and electronic submissions by debtors in electronic files that are maintained for each Chapter 11 case in order for the United States Trustee to discharge his statutory duties. I have reviewed the files and electronic records of the United States Trustee for this case, as well as in Debtor's prior Chapter 11 bankruptcy, Case No. 2:19-bk-11638 BB, and have included the results of my review in this declaration.

2. [ ]    The petition was filed by a Corporation without an attorney in violation of Local Bankruptcy Rule 9011-2(a) which prohibits a corporation, partnership or unincorporated association from filing a petition or otherwise appearing without counsel except for limited circumstances not applicable to prosecuting this Chapter 11 case.

    [ ]    The Debtor(s) is/are a small business debtor as that term is defined in 11 U.S.C. § 101(51D).

    [ ]    The Debtor is a single asset real estate debtor as that term is defined in 11 U.S.C. § 101(51B).

    [X]    To date, no Disclosure Statement or Plan of Reorganization has been filed or submitted by the Debtor(s).

    [ ]    The Debtor(s) has failed to schedule a hearing for approval of the Disclosure Statement or Plan.

    [ ]    A hearing to consider the adequacy of information in the Debtor's(s) Disclosure Statement is set for:

    [ ]    The Disclosure Statement was approved by the Court by an Order entered on:

3. [X]    The Debtor has failed to comply with the requirements of the United States Trustee Chapter 11 Notices and Guides, Bankruptcy Code and/or Local Bankruptcy Rules by failing to provide documents, financial reports or attend required meetings as follows:

    [ ]    Schedules of Assets and Liabilities.

    [ ]    Statement of Financial Affairs.

    [ ]    Form B22B, Statement of Current Monthly Income.

    [ ]    Credit Counseling Certificate and copy of any debt repayment plan.

    [ ]    List of the twenty (20) largest unsecured creditors.

    [X]    Notice of Setting/Increasing Insider Compensation.

    [X]    Application to Employ Attorney.

    [X]    Appear at the Initial Debtor Interview.

    [ ]    Appear at the duly noticed § 341(a) examination.

    [ ]    Debtor's(s)' compliance was not submitted in the format required by the Notices and Guides and was rejected on _____. Specifically, _____.

    [X]    Declaration of Debtor Regarding Compliance with U.S. Trustee Guidelines and Requirements For Chapter 11 Debtors In Possession ("Chapter 11 Compliance declaration").

    [X]    Real Property Questionnaire(s).

| In Re:                              | CHAPTER 11 |
|-------------------------------------|------------|
| **REBECCA PRIMICIAS PRUDENCIO**<br><br>Debtor(s) | CASE NUMBER   **2:19-bk-14146 BB** |

[X]    Sufficient evidence of closing of all pre-petition bank accounts including:
[X]    Closing bank statements; and/or
[X]    Bank Account Information in the Chapter 11 Compliance declaration.
[X]    Sufficient evidence of the opening and maintenance of three debtor-in-possession bank accounts (general, payroll and tax)[3] including: (1) a copy of the "debtor-in-possession" check for each account.
[X]    Sufficient evidence of current insurance coverage including:
    [X]  The declaration page for each policy; and/or
    [X]  Insurance information in the Chapter 11 Compliance declaration.
[X]    Proof of required certificates and/or applicable licenses in the Chapter 11 Compliance declaration.
[X]    A list of insiders as defined at 11 U.S.C. § 101(31) in the Chapter 11 Compliance declaration.
[X]    Financial Statement information in the Chapter 11 Compliance declaration.
[X]    A projected cash flow statement for the first ninety (90) days of operation under chapter 11.
[X]    A conformed copy(ies)of the recording of the Debtor's bankruptcy petition in each county in which real property is owned.
[X]    A Statement of Major Issues and Timetable Report.
[X]    Provide copies of the preceding two years of state and federal income tax returns and the most recent payroll and sales tax returns at the Initial Debtor Interview.
[X]    An Employee Benefit Plan Questionnaire

[X]    Monthly Operating Report(s):
    [X]  Since filing
    [X]  For the following periods:  By the hearing date, a further Monthly Operating Report for April 2019 will become due.

[X]    Pay quarterly fees:
    [X]  Since filing
    [X]  For the following quarters:  2nd Quarter 2019 fees continue to accrue.

[  ]    Quarterly disbursement amounts for computation of quarterly fees:
    [  ]  Since filing
    [  ]  For the following  quarters:

[X]    While Debtor(s)'s Schedule A and/or real property questionnaire(s) list an ownership interest in one or more real property/ies and Debtor(s)'s Schedule I and/or real property questionnaire(s) list income from real property/ies, to date, neither a motion to use cash collateral nor a stipulation consenting to Debtor(s)'s use of cash collateral related to the subject real property/ies has been filed with the Court.

---

[3] Unless Debtor has requested in writing that the United States Trustee waive one or more of the required accounts and the United States Trustee has granted the request in writing.

| In Re: | | CHAPTER 11 |
|---|---|---|
| **REBECCA PRIMICIAS PRUDENCIO** | | |
| | Debtor(s) | CASE NUMBER    **2:19-bk-14146 BB** |

4.  [X]    Additional facts in support of the motion include:  Debtor is a repeat filer.  As noted on Debtor's instant bankruptcy petition, her prior filing, Case No. 2:19-bk-11638 BB, was a Chapter 11 case filed on 02/15/2019, and dismissed 5 weeks later on 03/22/2019, pursuant to the Court's own Order to Show Cause for Debtor's admitted failure to timely obtain the required pre-petition credit counseling.  My review of the U.S. Trustee's files in Debtor's prior filing show that Debtor and her proposed counsel replicated many of the reporting deficiencies and compliance issues which plagued that case in the present Chapter 11 case.

Further, in light of the Court's dismissal of Debtor's prior case, the bankruptcy stay in place here will terminate on its own terms long before the scheduled hearing upon this motion.  Until and unless the Debtor formally moves for and obtains Court approval of the continuation of the stay beyond the 30-day period, the stated reason of this repeat case—to pause a pending foreclosure of Debtor's primary real property asset—will be moot.

5.  [X]    Attached are true and correct copies of the following documents in support of the above allegations:

EXHIBIT A:  Statement of Related Cases filed on 04/11/2019 by Debtor
EXHIBIT B:  USBC docket for case number 2:19-bk-11638 BB

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on the following date at Los Angeles, California.

Date:   May 1, 2019

Maria A. Ramos
Legal Assistant

EXHIBIT  A

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None
_____

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None
_____

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None
_____

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**Debtor filed a voluntary petition in Chapter 11 on February 15, 2019. Case was dismissed on March 22, 2019 -without prejudice.**
_____

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  San Juan Capistrano, CA.           , California.

Date:    April 11, 2019

_____
Rebecca Primicias Prudencio
Signature of Debtor 1


_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                      Page 1               F 1015-2.1.STMT.RELATED.CASES

EXHIBIT  B

**PlnDue, DsclsDue, DISMISSED, CLOSED**

## U.S. Bankruptcy Court
## Central District of California (Los Angeles)
## Bankruptcy Petition #: 2:19-bk-11638-BB

|  |  |
|---|---|
| | *Date filed:* 02/15/2019 |
| *Assigned to:* Sheri Bluebond | *Date terminated:* 04/19/2019 |
| Chapter 11 | *Debtor dismissed:* 03/22/2019 |
| Voluntary | *341 meeting:* 04/23/2019 |
| Asset | *Deadline for objecting to discharge:* 05/20/2019 |

*Debtor disposition:* Dismissed for Failure to File
Information

| | |
|---|---|
| ***Debtor*** | represented by **William E Krall** |
| **Rebecca Primicias Prudencio** | 27345 Ortega Hwy Ste 200 |
| 1051 Sunset Bluff Rd | San Juan Capistrano, CA 92675 |
| Walnut, CA 91789 | 949-496-8101 |
| LOS ANGELES-CA | Fax : 949-496-0278 |
| SSN / ITIN: xxx-xx-6966 | Email: Wmesq77@gmail.com |
| | |
| ***U.S. Trustee*** | represented by **Kenneth G Lau** |
| **United States Trustee (LA)** | Office of the United States |
| 915 Wilshire Blvd, Suite 1850 | Trustee |
| Los Angeles, CA 90017 | 915 Wilshire Blvd, Suite 1850 |
| (213) 894-6811 | Los Angeles, CA 90017 |
| | 213-894-4480 |
| | Fax : 213-894-2603 |
| | Email: kenneth.g.lau@usdoj.gov |
| | |
| | **Ron Maroko** |
| | 915 Wilshire Blvd., Ste 1850 |
| | Los Angeles, CA 90017 |
| | 213-894-4520 |
| | Fax : 213-894-2603 |
| | Email: ron.maroko@usdoj.gov |
| | *TERMINATED: 02/28/2019* |

| Filing Date | # | Docket Text |
|---|---|---|
| 02/15/2019 | <u>1</u><br>(13 pgs; 6 docs) | Chapter 11 Voluntary Petition Individual. Fee Amount $1717 Filed by Rebecca Primicias Prudencio List of Equity Security Holders due 03/1/2019. Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 03/1/2019. Schedule A/B: |

| | | |
|---|---|---|
| | | Property (Form 106A/B or 206A/B) due 03/1/2019. Schedule C: The Property You Claim as Exempt (Form 106C) due 03/1/2019. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 03/1/2019. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 03/1/2019. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 03/1/2019. Schedule H: Your Codebtors (Form 106H or 206H) due 03/1/2019. Schedule I: Your Income (Form 106I) due 03/1/2019. Schedule J: Your Expenses (Form 106J) due 03/1/2019. Declaration About an Individual Debtors Schedules (Form 106Dec) due 03/1/2019. Declaration Under Penalty of Perjury for Non-Individual Debtors (Form 202) due 03/1/2019. Statement of Financial Affairs (Form 107 or 207) due 03/1/2019. Chapter 11 Statement of Your Current Monthly Income (Form 122B) Due: 03/1/2019. Cert. of Credit Counseling due by 03/1/2019. Statement of Related Cases (LBR Form F1015-2) due 03/1/2019. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 03/1/2019. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 03/1/2019. Incomplete Filings due by 03/1/2019. (Attachments: # 1 Request for extension to complete credit counseling course # 2 List of 20 Largest Creditors # 3 List of Creditors) (Krall, William) WARNING: Case also deficient for Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 3/1/2019. Modified on 2/15/2019 (Tatum, Shafari). (Entered: 02/15/2019) |
| 02/15/2019 | 2 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Rebecca Primicias Prudencio. (Krall, William) (Entered: 02/15/2019) |
| 02/15/2019 | | Receipt of Voluntary Petition (Chapter 11)(2:19-bk-11638) [misc,volp11] (1717.00) Filing Fee. Receipt number 48536167. Fee amount 1717.00. (re: Doc# 1) (U.S. Treasury) (Entered: 02/15/2019) |
| 02/15/2019 | | Set Case Commencement Deficiency Deadlines (ccdn) (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Rebecca Primicias Prudencio) Declaration by Debtors as to Whether Income was Received from an Employer within 60- |

| | | |
|---|---|---|
| | | Days of the Petition Date (LBR Form F1002-1) due by 3/1/2019. (Tatum, Shafari) (Entered: 02/15/2019) |
| 02/17/2019 | <u>4</u><br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Smith, Valerie. (Smith, Valerie) (Entered: 02/17/2019) |
| 02/17/2019 | <u>5</u><br>(2 pgs) | BNC Certificate of Notice (RE: related document(s) <u>1</u> Voluntary Petition (Chapter 11) filed by Debtor Rebecca Primicias Prudencio) No. of Notices: 1. Notice Date 02/17/2019. (Admin.) (Entered: 02/17/2019) |
| 02/17/2019 | <u>6</u><br>(2 pgs) | BNC Certificate of Notice (RE: related document(s) <u>1</u> Voluntary Petition (Chapter 11) filed by Debtor Rebecca Primicias Prudencio) No. of Notices: 1. Notice Date 02/17/2019. (Admin.) (Entered: 02/17/2019) |
| 02/19/2019 | <u>7</u><br>(3 pgs) | Meeting of Creditors 341(a) meeting to be held on 3/19/2019 at 02:30 PM at RM 5, 915 Wilshire Blvd., 10th Floor, Los Angeles, CA 90017. Last day to oppose discharge or dischargeability is 5/20/2019. (Ventura, Olivia) (Entered: 02/19/2019) |
| 02/20/2019 | <u>8</u><br>(4 pgs) | Order Setting Scheduling and Case Management Conference in a Chapter 11 Case; Hearing set for: APRIL 10, 2019 @ 10AM; (BNC-PDF) (Related Doc # doc ) Signed on 2/20/2019 (Jackson, Wendy Ann) (Entered: 02/20/2019) |
| 02/20/2019 | 9 | Hearing Set (RE: related document(s)<u>1</u> Voluntary Petition (Chapter 11) filed by Debtor Rebecca Primicias Prudencio) Status hearing to be held on 4/10/2019 at 10:00 AM at Crtrm 1539, 255 E Temple St., Los Angeles, CA 90012. The case judge is Sheri Bluebond (Jackson, Wendy Ann) (Entered: 02/20/2019) |
| 02/21/2019 | <u>10</u><br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Bach, Julian. (Bach, Julian) (Entered: 02/21/2019) |
| 02/21/2019 | <u>11</u><br>(4 pgs) | BNC Certificate of Notice (RE: related document(s) <u>7</u> Meeting of Creditors Chapter 11) No. of Notices: 5. Notice Date 02/21/2019. (Admin.) (Entered: 02/21/2019) |

| | | |
|---|---|---|
| 02/22/2019 | <u>12</u><br>(5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)<u>8</u> Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 02/22/2019. (Admin.) (Entered: 02/22/2019) |
| 02/25/2019 | <u>13</u><br>(1 pg) | Certificate of Credit Counseling Filed by Debtor Rebecca Primicias Prudencio (RE: related document(s)<u>1</u> Voluntary Petition (Chapter 11)). (Krall, William) (Entered: 02/25/2019) |
| 02/25/2019 | <u>14</u><br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Wong, Jennifer. (Wong, Jennifer) (Entered: 02/25/2019) |
| 02/26/2019 | <u>16</u><br>(12 pgs) | Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) Filed by Debtor Rebecca Primicias Prudencio (RE: related document(s)<u>1</u> Voluntary Petition (Chapter 11)). (Krall, William) (Entered: 02/26/2019) |
| 02/26/2019 | <u>17</u><br>(1 pg) | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Debtor Rebecca Primicias Prudencio (RE: related document(s) Set Case Commencement Deficiency Deadlines (ccdn). (Krall, William) (Entered: 02/26/2019) |
| 02/26/2019 | <u>18</u><br>(1 pg) | Statement of Related Cases (LBR Form 1015-2.1) Filed by Debtor Rebecca Primicias Prudencio (RE: related document(s)<u>1</u> Voluntary Petition (Chapter 11)). (Krall, William) (Entered: 02/26/2019) |
| 02/26/2019 | <u>19</u><br>(2 pgs) | Disclosure of Compensation of Attorney for Debtor (Official Form 2030) Filed by Debtor Rebecca Primicias Prudencio (RE: related document(s)<u>1</u> Voluntary Petition (Chapter 11)). (Krall, William) (Entered: 02/26/2019) |
| 02/26/2019 | <u>20</u><br>(1 pg) | For Individual Chapter 11 Cases:: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Form 104 or 204) Filed by Debtor Rebecca Primicias Prudencio. (Krall, William) (Entered: 02/26/2019) |
| 02/26/2019 | <u>21</u><br>(10 pgs) | Schedule A/B for Individual: Property (Official Form 106A/B or 206A/B) Filed by Debtor Rebecca Primicias Prudencio (RE: related document(s)<u>1</u> |

| | | |
|---|---|---|
| | | Voluntary Petition (Chapter 11)). (Krall, William) (Entered: 02/26/2019) |
| 02/26/2019 | 22 (3 pgs) | Schedule D Individual: Creditors Who Have Claims Secured by Property (Official Form 106D or 206D) Filed by Debtor Rebecca Primicias Prudencio (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Krall, William) (Entered: 02/26/2019) |
| 02/26/2019 | 23 (7 pgs) | Schedule G Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Schedule H Individual: Your Codebtors (Official Form 106H or 206H) , Schedule I Individual: Your Income (Official Form 106I) , Schedule J: Your Expenses (Official Form 106J) Filed by Debtor Rebecca Primicias Prudencio (RE: related document (s)1 Voluntary Petition (Chapter 11)). (Krall, William) (Entered: 02/26/2019) |
| 02/26/2019 | 24 (6 pgs) | Schedule E/F for Individual: Creditors Who Have Unsecured Claims (Official Form 106F or 206F) Filed by Debtor Rebecca Primicias Prudencio (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Krall, William) (Entered: 02/26/2019) |
| 02/26/2019 | 25 (2 pgs) | Chapter 11 Statement of Your Current Monthly Income (Official Form 122B) Filed by Debtor Rebecca Primicias Prudencio (RE: related document (s)1 Voluntary Petition (Chapter 11)). (Krall, William) (Entered: 02/26/2019) |
| 02/26/2019 | 26 (1 pg) | Verification of Master Mailing List of Creditors (LBR Form F1007-1) Filed by Debtor Rebecca Primicias Prudencio (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Krall, William) (Entered: 02/26/2019) |
| 02/26/2019 | 27 (1 pg) | Declaration About an Individual Debtor's Schedules (Official Form 106Dec) Filed by Debtor Rebecca Primicias Prudencio (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Krall, William) (Entered: 02/26/2019) |
| 02/26/2019 | 28 (2 pgs) | Schedule C: The Property You Claimed as Exempt (Official Form 106C) Filed by Debtor Rebecca Primicias Prudencio (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Krall, William) (Entered: 02/26/2019) |

| | | |
|---|---|---|
| 02/26/2019 | <u>29</u><br>(2 pgs) | Summary of Assets and Liabilities for Individual (Official Form 106Sum or 206Sum) Filed by Debtor Rebecca Primicias Prudencio (RE: related document (s)1 Voluntary Petition (Chapter 11)). (Krall, William) (Entered: 02/26/2019) |
| 02/26/2019 | <u>30</u><br>(2 pgs) | List of Creditors (Master Mailing List of Creditors) Filed by Debtor Rebecca Primicias Prudencio. (Krall, William) (Entered: 02/26/2019) |
| 02/27/2019 | <u>32</u><br>(1 pg) | Order to Show Cause For Failure to Comply with 11 U.S.C. Section 109(h) RE: Credit Counseling Certificate Never Filed or Defective (Course was taken either too early or too late) (11 U.S.C § 109 (h)); OSC Hearing set for: MARCH 20, 2019 @ 10AM; (Jackson, Wendy Ann) (Entered: 02/27/2019) |
| 02/27/2019 | 33 | Hearing Set (RE: related document(s)<u>32</u> Order to Show Cause For Failure to Comply with 11 U.S.C. Section 109(h) (BNC)) Show Cause hearing to be held on 3/20/2019 at 10:00 AM at Crtrm 1539, 255 E Temple St., Los Angeles, CA 90012. The case judge is Sheri Bluebond (Jackson, Wendy Ann) (Entered: 02/27/2019) |
| 03/01/2019 | <u>34</u><br>(2 pgs) | BNC Certificate of Notice (RE: related document(s) <u>32</u> Order to Show Cause For Failure to Comply with 11 U.S.C. Section 109(h) (BNC)) No. of Notices: 1. Notice Date 03/01/2019. (Admin.) (Entered: 03/01/2019) |
| 03/12/2019 | | Receipt of Certification Fee - $22.00 by 01. Receipt Number 80072957. (admin) (Entered: 03/12/2019) |
| 03/12/2019 | | Receipt of Photocopies Fee - $7.00 by 01. Receipt Number 80072957. (admin) (Entered: 03/12/2019) |
| 03/15/2019 | 35 | Continuance of Meeting of Creditors (Rule 2003(e)) Filed by U.S. Trustee United States Trustee (LA). 341(a) Meeting Continued to 4/2/2019 at 03:15 PM at RM 5, 915 Wilshire Blvd., 10th Floor, Los Angeles, CA 90017. (Lau, Kenneth) (Entered: 03/15/2019) |
| 03/18/2019 | <u>36</u><br>(8 pgs) | Opposition to (related document(s): 33 Hearing (Bk Other) Set) Filed by Debtor Rebecca Primicias |

| | | |
|---|---|---|
| | | Prudencio (Krall, William). Related document(s) <u>32</u> Order to Show Cause For Failure to Comply with 11 U.S.C. Section 109(h) (BNC). Modified on 3/18/2019 to relate the document to the Order to Show Cause; (Jackson, Wendy Ann). (Entered: 03/18/2019) |
| 03/18/2019 | <u>37</u> (13 pgs) | U.S. Trustee Motion to dismiss or convert *Notice Of Motion And Motion Under 11 U.S.C. § 1112(b)(1) To Convert, Dismiss Or Appoint A Chapter 11 Trustee With An Order Directing Payment Of Quarterly Fees And For Judgment Thereon; Declaration Of Legal Assistant* Filed by U.S. Trustee United States Trustee (LA). (Lau, Kenneth) (Entered: 03/18/2019) |
| 03/18/2019 | 38 | Hearing Set (RE: related document(s)<u>37</u> U.S. Trustee Motion to dismiss or convert filed by U.S. Trustee United States Trustee (LA)) The Hearing date is set for 4/10/2019 at 10:00 AM at Crtrm 1539, 255 E Temple St., Los Angeles, CA 90012. The case judge is Sheri Bluebond (Jackson, Wendy Ann) (Entered: 03/18/2019) |
| 03/18/2019 | <u>39</u> (1 pg) | Notice of UST's motion to dismiss or convert case - chapter 11 to 7 (BNC) (Jackson, Wendy Ann) (Entered: 03/18/2019) |
| 03/18/2019 | 40 | Notice to Pay Court Costs Due Sent To: Peter Anderson, U.S. Trustee, Total Amount Due $0 . (Jackson, Wendy Ann) (Entered: 03/18/2019) |
| 03/20/2019 | 41 | Continuance of Meeting of Creditors (Rule 2003(e)) Filed by U.S. Trustee United States Trustee (LA). 341(a) Meeting Continued to 4/23/2019 at 03:15 PM at RM 5, 915 Wilshire Blvd., 10th Floor, Los Angeles, CA 90017. (Lau, Kenneth) (Entered: 03/20/2019) |
| 03/20/2019 | <u>42</u> (2 pgs) | BNC Certificate of Notice (RE: related document(s) <u>39</u> Notice of UST's motion to dismiss or convert case - Ch 11 to 7 (BNC)) No. of Notices: 7. Notice Date 03/20/2019. (Admin.) (Entered: 03/20/2019) |
| 03/21/2019 | 43 | Hearing Held (Bk Other) (RE: related document(s) <u>32</u> Order to Show Cause For Failure to Comply with 11 U.S.C. Section 109(h) (BNC)); RULING - |

| | | |
|---|---|---|
| | | DISMISS CASE; COURT TO PREPARE ORDER; (Jackson, Wendy Ann) (Entered: 03/21/2019) |
| 03/22/2019 | 44 (2 pgs) | Order Dismissing Case - **Debtor** Dismissed (BNC-PDF). Signed on 3/22/2019 (RE: related document(s) 1 Voluntary Petition (Chapter 11) filed by Debtor Rebecca Primicias Prudencio, 7 Meeting of Creditors Chapter 11, 37 U.S. Trustee Motion to dismiss or convert filed by U.S. Trustee United States Trustee (LA), 41 Continuance of Meeting of Creditors (Rule 2003(e)) (by Trustee/US Trustee - No PDF) filed by U.S. Trustee United States Trustee (LA)). (Lewis, Litaun) (Entered: 03/22/2019) |
| 03/22/2019 | 45 (1 pg) | Notice of dismissal 44(BNC) (Lewis, Litaun) (Entered: 03/22/2019) |
| 03/24/2019 | 46 (2 pgs) | BNC Certificate of Notice (RE: related document(s) 45 Notice of dismissal (BNC)) No. of Notices: 6. Notice Date 03/24/2019. (Admin.) (Entered: 03/24/2019) |
| 03/24/2019 | 47 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)44 Order Dismissing Case (BNC-PDF)) No. of Notices: 1. Notice Date 03/24/2019. (Admin.) (Entered: 03/24/2019) |
| 04/09/2019 | 48 (4 pgs) | Withdrawal re: *U.S. Trustee's Motion to Dismiss or Convert Case or Appoint Chapter 11 Trustee as Moot due to Court's Prior (and Now Final) Order of Dismissal* Filed by U.S. Trustee United States Trustee (LA) (RE: related document(s)37 U.S. Trustee Motion to dismiss or convert *Notice Of Motion And Motion Under 11 U.S.C. § 1112(b)(1) To Convert, Dismiss Or Appoint A Chapter 11 Trustee With An Order Directing Payment Of Quarterly Fees And For Judgment Thereon; Declaration Of Le). (Lau, Kenneth) (Entered: 04/09/2019)* |
| 04/10/2019 | 49 | Notice to Filer of Error and/or Deficient Document **Incorrect docket event was used to file this document. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT USING THE CORRECT DOCKET EVENT. THE CORRECT DOCKET EVENT IS: VOLUNTARY DISMISSAL OF MOTION AND THE CORRECT CHAPTER IS CHAPTER 11, NOT** |

| | | |
|---|---|---|
| | | **CHAPTER 13;** (RE: related document(s)<u>48</u> Withdrawal re: filed by U.S. Trustee United States Trustee (LA)) (Jackson, Wendy Ann) (Entered: 04/10/2019) |
| 04/11/2019 | <u>50</u> (4 pgs) | Voluntary Dismissal of Motion *Notice Of Voluntary Dismissal/ Withdrawal By United States Trustee Of Motion Under 11 U.S.C. § 1112(b) To Convert, Dismiss Or Appoint Chapter 11 Trustee With An Order Directing Payment Of Quarterly Fees And For Judgment Thereon* Filed by U.S. Trustee United States Trustee (LA) (RE: related document(s)<u>37</u> U.S. Trustee Motion to dismiss or convert *Notice Of Motion And Motion Under 11 U.S.C. § 1112(b)(1) To Convert, Dismiss Or Appoint A Chapter 11 Trustee With An Order Directing Payment Of Quarterly Fees And For Judgment Thereon; Declaration Of Le). (Lau, Kenneth) (Entered: 04/11/2019)* |
| 04/19/2019 | 51 | Bankruptcy Case Closed - DISMISSED. An Order dismissing the above referenced case was entered and notice was provided to parties in interest. Since it appears that no further matters are required that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the case is closed. (Jackson, Wendy Ann) (Entered: 04/19/2019) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/30/2019 08:38:12 | | |
| **PACER Login:** | | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** 2:19-bk-11638-BB Fil or Ent: filed From: 1/30/2019 To: 4/30/2019 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 5 | **Cost:** 0.50 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Office of the United States Trustee, 915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017**

A true and correct copy of the foregoing document entitled (*specify*):

**Notice Of Motion And Motion Under 11 U.S.C. § 1112(b)(1) To Convert, Dismiss Or Appoint A Chapter 11 Trustee With An Order Directing Payment Of Quarterly Fees And For Judgment Thereon; Declaration Of Legal Assistant**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **05-02-19**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:  On (*date*) **05-02-19**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **05-02-19**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 05-02-19 | Lawrence Pleasant | *Lawrence Pleasant* |
| Date | Print Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## ADDITIONAL SERVICE INFORMATION

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| Name | Capacity | Email Address |
|---|---|---|
| Kenneth G. Lau | U.S. Trustee Trial Attorney | Kenneth.G.Lau@usdoj.gov |
| William E Krall | Debtor's Proposed Counsel | Wmesq77@gmail.com, w.krall@yahoo.com |
| Julian K Bach | Creditor's Counsel | Julian@Jbachlaw.com, julianbach@sbcglobal.ne |
| Thomas R Mulally | Creditor's Counsel | tom@ssmlaw.com, tom@ssmlaw.com |
| Valerie Smith | Creditor's Counsel | claims@recoverycorp.com |
| Jennifer C Wong | Creditor's Counsel | bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com |
| United States Trustee (LA) | | ustpregion16.la.ecf@usdoj.gov |

*SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

2. **SERVED BY U.S. MAIL**

**Debtor:**
Rebecca Primicias Prudencio
1051 Sunset Bluff Rd
Walnut, CA 91789

3. **SERVED BY (state method for each person served):**

**FEDERAL EXPRESS OVERNIGHT MAIL**

Judge's Copy:

The Honorable Sheri Bluebond
U.S. Bankruptcy Court
255 E. Temple Street, Room 940
Los Angeles, CA 90012
Attn: Mail Room Clerk-Judges Copies

**PERSONAL DELIVERY, FACSIMILE OR EMAIL**

Not Applicable

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

FROM:     OFFICE OF THE UNITED STATES TRUSTEE

DATE:     May 2, 2019

TO:       BANKRUPTCY NOTICING CENTER

SUBJECT:  UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE

**PART I**

**Please notice the subject motion for the following Chapter 11 case:**

CASE NUMBER: 2:19-bk-14146 BB

CASE NAME: Rebecca Primicias Prudencio

DATE PETITION FILED: 04/11/2019

HEARING DATE: 05/29/2019          TIME: 10:00 AM

COURTROOM: 1539

CONTACT AT U.S. TRUSTEE'S OFFICE: Kenneth G. Lau
                                 Trial Attorney

        For Conversion or Dismissal Only

Does the conversion or dismissal involve a joint petition
wherein one party (husband or wife) has been converted or
dismissed?
                 {  } Yes             {  } No

If yes, explain:

PREPARED BY: Lawrence Pleasant

**PART II**   (To be completed by BANS)

Data Entry Operator _____  Date Entered _____

Comments: _____

_____

_____